Robert D. Phillips, Jr. (SBN 82639)
Email: rphillips@reedsmith.com
Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Plaintiff
Columbus Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARY S. REED, individually and as trustee of THE SPIDELL INSURANCE TRUST, DATED MAY 30, 1990; the HAYDON J. SPIDELL AND RUTH C. SPIDELL IRREVOCABLE TRUST, DATED 1989;  ANNE SMITH, an individual; and HAYDON J. SPIDELL, JR., an individual,<br><br>Defendants. | No.:  2:10-CV-00460-MCE-KJM<br><br>**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED by and between plaintiff Columbus Life Insurance Company ("Columbus Life"), and defendants Mary S. Reed, individually and as trustee of The Spidell Insurance Trust, Dated May 30, 1990; Anne Smith, an individual; and Haydon J. Spidell, Jr., through their respective attorneys of record, as follows:

1.     That Columbus Life issued a life insurance policy on the life of the late Ruth C. Spidell dated February 22, 1996 with a death benefit of $500,000, Policy No. CM4119594U ("the Policy");

///

///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

2. That the named beneficiary of the Policy was defendant Hayden J. Spidell and Ruth C. Spidell Irrevocable Trust dated 1989 ("the 1989 Trust"), and that this beneficiary designation was never changed;

3. That decedent Ruth C. Spidell died on or about August 17, 2009, and that death benefits are therefore payable under the terms of the Policy;

4. That defendant Mary S. Reed, as trustee of The Spidell Insurance Trust, dated May 30, 1990 ("the 1990 Trust") made a claim to the death benefit proceeds of the Policy by submitting claim forms on behalf of the 1990 Trust in September 2009;

5. That because the Policy designates a different trust, the 1989 Trust, as the beneficiary, Columbus Life was unable to pay the claim;.

6. That defendant Mary S. Reed informed Columbus Life that the 1989 Trust does not exist, but Columbus Life is unable to independently verify that fact, and Columbus Life is unable to determine to whom the death benefits, plus accrued interest, may be paid without risking double or multiple liability;

7. That at all times, Columbus Life was ready, willing and able to pay the death benefit of the Policy to the person or persons legally entitled thereto;

8. That Columbus Life filed its Complaint in Interpleader on February 19, 2010;

9. That concurrently with the filing of its Complaint in Interpleader, Columbus Life deposited the death benefit, plus interest, with the Clerk of the Court, in the amount of $510,191.78;

10. That, having deposited the death benefit of the Policy, plus interest, with the Clerk of the Court on February 19, 2010, Columbus Life is released, discharged, and acquitted of and from any liability of any kind or nature whatsoever under the Policy or by reason of the death of Ruth C. Spidell;

11. Defendants have presented evidence, in the form of the declarations of Anne Smith, Mary S. Reed and Hayden J. Spidell, Jr., who are Ruth Spidell's children, and the estate planning attorneys for Hayden J. Spidell and Ruth C. Spidell, David L. Smith and Deanaa Lyon. These declarations indicate that the named beneficiary of the Policy, the 1989 Trust, never existed, and that the death benefit should be paid to the 1990 Trust;

PDF created with pdfFactory trial version www.pdffactory.com

12. That this Court may enter a stipulated judgment in the form attached hereto as Exhibit A;

13. As shown by the Declaration of Linda B. Oliver, being filed concurrently, Columbus Life has incurred attorneys' fees and costs in this action of $10,517.27;

14. That plaintiff Columbus Life shall recover $10,517.27 from the death benefit deposited with the Court as reimbursement for its attorneys' fees and costs incurred in this action. The Clerk of the Court shall remit a check in the amount of $10,517.27, payable to Columbus Life Insurance Company, to its attorneys, Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659, attention: Linda B. Oliver; and

15. That the remainder of the interpled death benefit, plus any accrued interest, be paid to the 1990 Trust. The Clerk of the Court shall remit a check in the current amount remaining from the interpled funds, payable to "The Spidell Insurance Trust, dated May 30, 1990," to its attorneys, Paraclete Estate Planning, 10 Crater Lake Avenue, Medford, Oregon 97504, attention David L. Smith.

DATED: October 6, 2010.

REED SMITH LLP

By   //s// Linda B. Oliver

Linda B. Oliver
Attorneys for Plaintiff
Columbus Life Insurance Company

DATED: October 6, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

PARACLETE ESTATE PLANNING


By   //s// David L. Smith
David L. Smith
Attorneys for Defendants Mary S. Reed,
Individually and as Trustee Of The Spidell
Insurance Trust, Dated May 30, 1990; Anne Smith;
and Haydon J. Spidell, Jr.

## **ORDER**

Pursuant to the above Stipulation between the parties,

IT IS SO ORDERED.

DATED:  October 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com